No. 02–10798. ASKEW v. MATRISCIANO, ACTING WARDEN. C. A. 7th Cir. Certiorari denied.

No. 02–10800. BANES v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–10801. THOMAS v. UNITED STATES; and
No. 02–10886. AS-SADIQ v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Reported below: 58 Fed. Appx. 952.

No. 02–10803. DAVIS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 02–10804. PERMENTER v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 02–10806. LEE v. ADAMS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–10808. MAYNE v. HALL. C. A. 1st Cir. Certiorari denied.

No. 02–10809. SANDERS v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 02–10810. ROSE v. GREINER, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 02–10811. STEINER v. FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 02–10814. McCULLEY v. ROWLEY, SUPERINTENDENT, NORTHEAST CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 02–10816. STOREY v. UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT. C. A. 6th Cir. Certiorari denied.

No. 02–10817. SHABAZZ v. ROSE ET AL. Ct. App. Tenn. Certiorari denied.

No. 02–10818. HOOPER v. MULLIN, WARDEN. C. A. 10th Cir. Certiorari denied.